Date of Arrest: 10/03____

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

v.

Walfre MERIDA-Herrera
Citizen of Guatemala
YOB:1977
201113407
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 17- 1778 M J

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 17, 2015, Defendant Walfre MERIDA-Herrera, an alien, was removed from the United States to Guatemala through the port of Phoenix, Arizona, in pursuance of law, and thereafter on or about October 3, 2017, Defendant was found in the United States near San Luis, Arizona within the District of Arizona. the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States· in violation of Title 8. United States Code. Section 1326(a)(Felony).

### COUNT II

That on or about October 3, 2017, near San Luis, Arizona in the District of Arizona, Defendant Walfre MERIDA-Herrera, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  ☒ Yes  ☐ No

Reviewed by AUSA Joshua Kolsrud
for JJH wes

Sworn to before me and subscribed in my presence,

Signature of Complainant

Christopher Wright
BORDER PATROL AGENT

| October 4, 2017 | at | Yuma, Arizona |
|---|---|---|
| Date | | City and State |

James F. Metcalf. United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                    Walfre MERIDA-Herrera

Dependants:                   I, GUATEMALAN DAUGHTER.

**IMMIGRATION HISTORY:**     The Defendant is an illegal alien.  The Defendant has been
                             apprehended by the United States Border Patrol on two (2)
                             previous occasion(s).  The Defendant has been removed a
                             total of one (1) times.  The Defendant was last removed
                             through Phoenix, Arizona on April 17, 2015.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | | DISPOSITION |
|------|----------|---------|---|-------------|
| 04 17 2015 | Phoenix, Arizona | | | Removed from the US ( ICE ) ( ER ) |
| 04 26 2011 | Charleston, South Carolina | DUI | | Time Served: 59 Days |
| 03 23 2010 | Charleston, South Carolina | Open Container Beer Wine | | Fine |

Narrative:        The Defendant, a citizen of Guatemala and illegally within the United States, was
                  encountered by Border Patrol agents near San Luis, Arizona.

                  The Defendant was questioned as to his citizenship and immigration status. From that
                  questioning agents determined that the Defendant is an undocumented national of
                  Guatemala and illegally in the United States.

                  The Defendant was transported to the Border Patrol station for processing.  During
                  processing, questioning and computer record checks the above criminal and
                  immigration information was obtained as it relates to this Defendant.

                  The Defendant was first removed at or near Phoenix, Arizona on or about April 17,
                  2015.

                  The Defendant last entered the United States illegally without inspection near San
                  Luis. Arizona on October 3. 2017.

Charges:          8 USC 1326(a)              (Felony)
                  8 USC 1325(a)(1)           (Misdemeanor)

                                                       Signature of Complai

Sworn to before me and subscribed in my presence,

_____October 4, 2017_____
Date

                                                       Signature of Judicial Officer